MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6570
    Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL F. HARRIS,<br><br>    Defendant,<br><hr>SCOTT HARRIS, KEVIN HARRIS, AND HOLLY HARRIS, CO-TRUSTEES OF THE RESTATED TRUST OF GILBERT T. HARRIS AND RITA E. HARRIS (THE BYPASS TRUST AND THE MARITAL TRUST), THE HARRIS TRUST AGREEMENT AND THE DISCRETIONARY TRUST FOR MICHAEL FLYNN HARRIS,<br><br>    Garnishees. | CASE NO. CR 95-00227-001 TEH<br><br>WRIT OF CONTINUING GARNISHMENT |

TO:    Scott Harris and Holly Harris
         Co-trustees of the Harris Trust Agreement and the Discretionary
         Trust of Michael F. Harris
         Harris, Rosales & Harris Law Firm
         351 Saint Mary Street

WRIT OF CONTINUING GARNISHMENT
CR 95-00227-001 TEH                        1

1  Pleasanton, CA 94566

2  Scott Harris and Kevin Harris
   Co-trustees of the Restated Trust of Gilbert T. Harris and Rita E. Harris
3  (Bypass Trust and Marital Trust) and the Discretionary
   Trust of Michael F. Harris
4  Harris, Rosales & Harris Law Firm
5  351 Saint Mary Street
   Pleasanton, CA 94566
6

7  **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED**

8  **STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT**

9  **-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

10  The name, last known address, and last four digits of the social security number of the person

11  who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this

12  Writ are as follows:

13  Michael F. Harris
    541 Coconut St.
14  Brentwood, CA 94513
    Social Security Number (last four digits): XXX-XX-3665
15

16  This Writ has been issued at the request of the United States of America to enforce the collection

17  of a criminal judgment entered in favor of the United States against the defendant for a debt in the

18  original amount of $646,000.00. As of August 25, 2015, there is a balance due of approximately

19  $594,345.74.

20  The following are the steps that you must take to comply with this Writ. If you have any

21  questions, you should consult with your attorney.

22  1.  Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or

23  possession, any property of the defendant, including but not limited to property held in the name of the

24  Restated Trust of Gilbert T. Harris and Rita E. Harris (the Bypass Trust and the Marital Trust), the

25  Harris Trust Agreement and the Discretionary Trust of Michael Flynn Harris of which the defendant is a

26  beneficiary, in which the defendant has a substantial nonexempt interest, or if you obtain custody,

27  control, or possession of such property while this Writ is in effect, you must immediately withhold such

28

WRIT OF CONTINUING GARNISHMENT
CR 95-00227-001 TEH                         2

property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b. a description of such property and the value of such property;

    c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

    d. the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

    Clerk, United States District Court
    450 Golden Gate Avenue, 16th Floor
    P.O. Box 36060
    San Francisco, CA 94102.

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

    Michael F. Harris
    541 Coconut St.
    Brentwood, CA 94513

Julie C. Reagin, Assistant U.S. Attorney
U.S. Attorney's Office
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

SUSAN Y. SOONG
~~RICHARD W. WIEKING~~,
Clerk of the United States
District Court for the Northern
District of California

Dated: SEP 0 3 2015          By: _____
                                  Deputy Clerk   MARK J. JENKINS

WRIT OF CONTINUING GARNISHMENT
CR 95-00227-001 TEH                                 4